## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWMARKET PHARMACEUTICALS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VETPHARM, INC., a New York corporation;<br>DENNI O. DAY, an individual; and<br>PRELUDE DYNAMICS, LLC, a Texas limited liability company.<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 17- 1852 (MAS) |

### ORDER GRANTING MOTION TO SEAL

**THIS MATTER** having been opened to the Court by Plaintiff NewMarket Pharmaceuticals, LLC ("NewMarket"), by and through their attorneys, in connection with NewMarket's Motion to Seal Portions of the Verified Complaint filed with the Court on March 21, 2017; and the Court having considered the papers submitted by NewMarket in support of the within Motion; and papers submitted by Defendants in opposition thereto, if any; and the Court having considered and adopted the Declaration of Bryan P. Couch and the Findings of Fact and Conclusions of Law submitted by NewMarket in support of the within Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(3) have been met and support the sealing of the foregoing Confidential documents and information; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this 28th day of April 2017;

**ORDERED** that NewMarket's Motion pursuant to Local Civil Rule 5.3(c) to Seal the subject documents and information is hereby granted; and it is further

**ORDERED** that the following shall be sealed:

- Portions of Plaintiff's Verified Complaint.

*[signature]*

UNITED STATES DISTRICT JUDGE

[Docket Entry No. 5 is terminated].