Joel A. Pisano
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWMARKET PHARMACEUTICALS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VETPHARM, INC., a New York corporation; DENNI O. DAY; an individual; and PRELUDE DYNAMICS, LLC, a Texas limited liability company,<br><br>Defendants. | Civil Action No. 3:17-cv-01852 (MAS-TJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>*Filed Electronically* |

I, Joel A. Pisano, hereby certify that, on the date set forth below, I caused a true and correct copy of the following documents submitted on behalf of Plaintiff NewMarket Pharmaceuticals, LLC ("Plaintiff") to be electronically filed and served via the Court's electronic filing system on the Office of the Clerk, United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey:

- Plaintiff's Renewed Application for an Order to Show Cause Why a Temporary Restraining Order and a Preliminary Injunction Should Not Be Entered;

- Memorandum of Law in Support of Plaintiff's Application;

- Declaration of Mark Ridall with Exhibits A-D annexed thereto;

- Declaration of Robert M. Pollaro with Exhibits A-O annexed thereto;

- [Proposed] Order to Show Cause Why a Preliminary Injunction Should Not Issue With Temporary Restraints; and

- This Certificate of Service.

I further certify that, on the date set forth below, I caused a true and correct copy of the aforementioned documents to be served on all counsel of record via email, electronic filing and will cause copy to be sent by Federal Express on November 27, 2017.

I further certify that I will cause a courtesy copy of the aforementioned documents to be sent via ECF and Federal Express to the Honorable Michael A. Shipp, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey.

I hereby certify the foregoing statements made by me are true.


Dated: November 27, 2017                                *s/Joel A. Pisano*
                                                        Joel A. Pisano