# EXHIBIT C



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

For Consumer or Employment cases, please visit *www.adr.org* for appropriate forms.

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: VetPharm, Inc.<br><br>Address: 349 West Commercial Street Suite 2200 |

| City: East Rochester | State: New York | Zip Code: 14443 |
|---|---|---|
| Phone No.: 585.249.1090 | Fax No.: 585.249.1091 | |

| |
|---|
| Email Address: dday@vetpharm.com |
| Name of Representative (if known): Douglas Foss |
| Name of Firm (if applicable): Harris Beach PLLC |
| Representative's Address: 99 Garnsey Road |

| City: Pittsford | State: New York | Zip Code: 14534 |
|---|---|---|
| Phone No.: 585.419.8612 | Fax No.: 585.419.8801 | |

| |
|---|
| Email Address: dfoss@harrisbeach.com |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute:<br><br>NewMarket hired VetPharm to monitor clinical studies related to an animal pharmaceutical and to prepare a written report. VetPharm terminated the Agreement before completing the study or preparing any reports. NewMarket seeks recovery off all monies paid to VetPharm and any remedies entitled to in under the Parties Agreement or otherwise. |
| Dollar Amount of Claim: $ 1,758,000+ |
| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☑ Punitive/Exemplary<br>☑ Other: Early Termination Charges as defined by the Parties' Agreement. |
| Amount enclosed: $ 0 (Administrative Fees Hardship Waiver Claimed)<br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☐ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:<br><br>NewMarket requests that the arbitrator have knowledge of pharmaceutical product development, clinical trial management, clinical research organizations, FDA regulations and electronic data capture. |
| Hearing locale: Trenton, NJ<br>*(check one)* ☑ Requested by Claimant  ☐ Locale provision included in the contract |
| Estimated time needed for hearings overall:                hours  or  2                days |

Please visit our website at www.adr.org if you would like to file this case online.
AAA Case Filing Services can be reached at 877-495-4185.



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Type of Business: | |
| Claimant:  NewMarket Pharmaceuticals LLC | Respondent:  VetPharm, Inc. |

| |
|---|
| Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? No |

| | |
|---|---|
| Signature (may be signed by a representative): /s/ Robert M. Pollaro | Date: February 12, 2019 |

| |
|---|
| Name of Claimant:  NewMarket Pharmaceuticals LLC |
| Address (to be used in connection with this case):  4 Pitcairn Avenue Suite 4 |

| | | |
|---|---|---|
| City:  Trenton | State:  New Jersey | Zip Code:  08628 |
| Phone No.:  908.252.9600 | Fax No.: | |

| |
|---|
| Email Address:  mridall@newmarketpharma.com |
| Name of Representative:  Robert M. Pollaro |
| Name of Firm (if applicable):  Cadwalader Wickersham & Taft LLP |
| Representative's Address:  200 Liberty Street |

| | | |
|---|---|---|
| City:  New York | State:  New York | Zip Code:  10281 |
| Phone No.:  212.504.6000 | Fax No.:  212.504.6666 | |

| |
|---|
| Email Address:  robert.pollaro@cwt.com |
| To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent. |

*Please visit our website at www.adr.org if you would like to file this case online.
AAA Case Filing Services can be reached at 877-495-4185.*