**HARRIS BEACH PLLC**
One Gateway Center
Suite 2500
Newark, NJ 07102
Telephone: (973) 848-1244

*Attorneys for Defendants*
*VetPharm, Inc. and Denni O. Day*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(TRENTON VICINAGE)

| | |
|---|---|
| NEWMARKET PHARMACEUTICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VETPHARM, INC., DENNI O. DAY, and PRELUDE DYNAMICS, LLC,<br><br>Defendants. | Civil Action No. 3:17-cv-01852-MAS-TJB |

**CONSENT ORDER GRANTING THE ADMISSION OF
KYLE D. GOOCH *PRO HAC VICE***

This matter having come before this Court on the Unopposed Petition for Admission *Pro Have Vice* of Kyle D. Gooch, pursuant to N.J.L.Civ.R. 101.1(c) to have Mr. Gooch admitted to this Court in this matter *pro hac vice*, on behalf of Defendants VetPharm, Inc. and Denni O. Day, and the Court having considered the Petition and all other relevant factors, it is hereby **ORDERED** and **ADJUDGED** that:

1. The application is **GRANTED**. Kyle D. Gooch may appear and participate in this action on behalf of Defendants VetPharm, Inc. and Denni O. Day.

2. ~~The Clerk shall provide electronic notification of all electronic filings to~~ Kyle D. Gooch ~~at kgooch@harrisbeach.com.~~ through local counsel may submit the completed "Request by Local Counsel for Pro Hac Vice Attorney to Receive Electronic Notification" form found on the District Court's website.

3. In accordance with N.J.L.Civ.R. 101.1(c)(2), Kyle D. Gooch shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for any year in which Kyle D. Gooch represents a client in a matter pending in this Court.

4. In accordance with N.J.L.Civ.R. 101.1(c)(3), Kyle D. Gooch shall make a payment in the amount of $150.00 payable to "Clerk, USDC."

5. That Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court;

6. That Counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Counsel that may arise from Counsel's participation in this matter;

7. That Kelly Jones Howell, at Harris Beach PLLC, shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient upon Counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this court; and (d) be responsible for the conduct of the case and Counsel in this matter; and

Dated: April 12, 2019

_____
United States District Judge