UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWMARKET PHARMACEUTICALS, LLC,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>VETPHARM, INC., et al.<br><br>　　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  3:17-cv-01852 (MAS-TJB) |

　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly Jones Howell
　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:　　Kyle D. Gooch, Esq.

Address:　　HARRIS BEACH PLLC
　　　　　99 Garnsey Road
　　　　　Pittsford, NY  14534

E-mail:　　kgooch@harrisbeach.com
　　　　　(One email address only)