IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWMARKET PHARMACEUTICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VETPHARM, INC., DENNI O. DAY, and PRELUDE DYNAMICS, LLC,<br><br>Defendants. | Civil Action No. 3:17-cv-01852 (MAS-TJB)<br><br>**[PROPOSED] JUDGMENT** |

**THIS MATTER** having been brought before the Court by defendants VetPharm, Inc. and Denni O. Day (collectively, "VetPharm") by motion for an order and judgment confirming the parties' arbitration award under section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, and directing the Clerk of the Court to close this case, and upon the Declaration of Kyle D. Gooch dated May 27, 2020, the memorandum of law submitted in support of VetPharm's motion, and all of pleadings and proceedings had in this action, and for good cause shown,

**IT IS**, on this ____ day of _____, 2020,

**ORDERED** that VetPharm's motion is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that the arbitration award, attached hereto as Exhibit A, is **CONFIRMED**; and it is further

**ORDERED** the Clerk of the Court is directed to close this case.

_____
Hon. Michael A. Shipp
United States District Judge